UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINGER L. JONES and ESSIE RANKIN,<br><br>Plaintiffs,<br><br>-against-<br><br>ROCHESTER INSTITUTE OF TECHNOLOGY and CHRIS DENINGER,<br><br>Defendants. | Civil Action No. 12-cv-6210<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** and agreed, by and between the undersigned attorneys for the parties, that Plaintiffs' Complaint and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, without costs to either party.

Dated: April 2, 2018

*s/Prathima Reddy*
Prathima Reddy
THE REDDY LAW FIRM LLC
455 Linwood Avenue
Buffalo, NY 14209
716.725.0139

*Attorneys for Plaintiffs Ginger L. Jones and Essie Rankin*

Dated: April 3, 2018

*s/Mary E. Shepard*
Mary E. Shepard, Esq.
THE WOLFORD LAW FIRM LLP
600 Reynolds Arcade Building
16 East Main Street
Rochester, NY 14614
585.325.8000

*Attorneys for Defendant Chris Denninger*

Dated: April 19, 2018

*s/Pamela S. C. Reynolds*
Margaret A. Clemens
Pamela S.C. Reynolds
LITTLER MENDELSON, P.C.
375 Woodcliff Drive
2nd Floor
Fairport, NY 14450
585.203.3400

*Attorneys for Defendant Rochester Institute of Technology*

SO ORDERED

*/s/ Michael A. Telesca*
MICHAEL A. TELESCA
United States District Judge

DATE 4/25/18